# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-CR-04056-SRB-1 |
| | ) | |
| BILLY RAY BRADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation finding Defendant's Motion to Suppress the Evidence (Doc. #23). Defendant filed an objection to the Report and Recommendation (Doc. #37). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Judge Whitworth's Report and Recommendation (Doc. #32) shall be attached to and made part of this Order, and Defendant's Motion to Suppress the Evidence (Doc. #23) is Denied.

IT IS SO ORDERED.


DATED: April 20, 2015         /s/ Stephen R. Bough
                              JUDGE STEPHEN R. BOUGH
                              UNITED STATES DISTRICT COURT